# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

**FILED**
AUG 17 2017
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

Teresa Jane Rohrbach )
)
)

Plaintiff

vs. )   Case Number: 16-cv-2137
)
Blitt and Gains PC and Midland Funding )
LLC )

Defendant

## JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of the Defendants and against the Plaintiff.

**Dated: 8/16/2017**

s/ Kenneth A. Wells
Kenneth A. Wells
Clerk, U.S. District Court